**No. 09-11235. Na'Donte Larrimore, Petitioner v. L. E. Scribner, Warden.**

562 U.S. 869, 131 S. Ct. 166, 178 L. Ed. 2d 98, 2010 U.S. LEXIS 6562.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 365 Fed. Appx. 858.

**No. 09-11236. Ricky H. Krantz, Petitioner v. Cherry Lindamood, Warden.**

562 U.S. 869, 131 S. Ct. 166, 178 L. Ed. 2d 98, 2010 U.S. LEXIS 6657.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 594 F.3d 896.

**No. 09-11237. Michael F. Myers, Petitioner v. United States.**

562 U.S. 869, 131 S. Ct. 166, 178 L. Ed. 2d 98, 2010 U.S. LEXIS 6570.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 350 Fed. Appx. 810.

**No. 09-11238. Bruce Murray, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford.**

562 U.S. 869, 131 S. Ct. 166, 178 L. Ed. 2d 98, 2010 U.S. LEXIS 6649.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 363 Fed. Appx. 851.

**No. 09-11239. Timothy Wayne Adams, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 869, 131 S. Ct. 166, 178 L. Ed. 2d 98, 2010 U.S. LEXIS 6482.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 369 Fed. Appx. 549.

**No. 09-11240. Ronald M. Baugh, Petitioner v. United States District Court for the District of Oregon.**

562 U.S. 869, 131 S. Ct. 390, 178 L. Ed. 2d 98, 2010 U.S. LEXIS 6580.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11241. Don Boyd, Petitioner v. City of Columbia, South Carolina, et al.**

562 U.S. 869, 131 S. Ct. 167, 178 L. Ed. 2d 98, 2010 U.S. LEXIS 7024.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of South Carolina denied.